23627

Robert Earl CHILDERS, Appellant v. T. Travis MEDLOCK and State of South Carolina, Respondents.

(417 S.E. (2d) 88)

Supreme Court

*Melvin L. Roberts*, York, *for appellant.*

*Attorney Gen. T. Travis Medlock, Chief Deputy Attys. Gen. Edwin E. Evans* and *Cameron M. Currie,* and *State Atty. Georgia L. Lewis*, Columbia, *for respondents.*

Heard Feb. 18, 1992; Decided Apr. 13, 1992.

Reh. Den. May 6, 1992.

CHANDLER, Justice:

This case is related to *T. Travis Medlock v. 1985 Ford F-150 Pick Up, et al.,* 417 S.E. (2d) 85 (1992). When Appellant, Childers, was denied a right to jury trial in that case, he instituted this "claim and delivery" action seeking return of seized items. Circuit Court, finding Childers' claim barred by the

South Carolina Drug Forfeiture Act, S.C. Code Ann. § 44-53-520(d) (Cum. Supp. 1991), dismissed his complaint.

At oral argument before this Court, it became apparent that Childers instituted this "claim and delivery" action in an attempt to obtain a jury trial regarding the forfeiture of his property. In the companion case of *1985 Ford-150 Pick Up,* we held that Childers is entitled to a jury trial.

Accordingly, as Childers is entitled to assert the present claim before a jury under the *1985 Ford-150 Pick Up* case, we dismiss this appeal without prejudice.

Dismissed without prejudice.

HARWELL, C.J., and FINNEY, TOAL and MOORE, JJ., concur.